**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Patten, et al., v. City of Chicago, et al.,

Case Number:

```
FILED: JUNE 3, 2008
08CV3198         TG
JUDGE COAR
MAGISTRATE JUDGE KEYS
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Beverly and Jimmy Patten

| | |
|---|---|
| NAME (Type or print) <br> Francesca Mazzulla | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Francesca Mazzulla | |
| FIRM <br> Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS     20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP     Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0387304 | TELEPHONE NUMBER <br> 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |