AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

| | |
|---|---|
| Beverly Patten, and Jimmy Patten, | CASE NUMBER: 08CV3198 |
| V. | ASSIGNED JUDGE: JUDGE COAR |
| City of Chicago, et al., | DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS |

TO: (Name and address of Defendant)

City of Chicago
Attn: Office of Legal Affairs
121 North LaSalle Street, Room 107
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis J. Meyer
Law Office of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

June 3, 2008
Date



# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6·10·2008 |
| NAME OF SERVER (PRINT) Michael Lawrence | TITLE Filer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Hand delivered to Mabaule Coleman at the office of legal affairs; 121 North LaSalle, Room 100 Chicago Illinois 60602

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6·10·08
Date

Signature of Server

LAW OFFICES OF
LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL 60602

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.